Disposition of Petitions for Discretionary Review Under G.S. 7A-31

| In re A.P.<br><br>Case below:<br>179 N.C. App. —<br>(5 September 2006) | No. 534A06 | Petitioner's (Forsyth DSS) Motion for Temporary Stay (COA05-1105) | Allowed 10/11/06 |
|---|---|---|---|
| In re A.R.G.<br><br>Case below:<br>178 N.C. App. 205 | No. 378A06 | 1. Respondent's (Father) NOA (Dissent) (COA05-1268)<br><br>2. Respondent's (Father) PDR as to Additional Issues | 1. —<br><br>2. Denied 11/16/06 |
| In re C.D.A.W.<br><br>Case below:<br>175 N.C. App. 680 | No. 110A06 | 1. Respondent Mother's Notice of Appeal Based Upon a Dissent (COA04-1610)<br><br>2. Guilford County Department of Social Services' PDR Under N.C.G.S. § 7A-31 | 1. —<br><br>2. Denied 11/16/06 |
| In re C.N.R.<br><br>Case below:<br>177 N.C. App. 810 | No. 368P06 | 1. Petitioners' (Mary Margaret J. and Brandon J.) PDR Under N.C.G.S. § 7A-31 (COA05-1159)<br><br>2. Respondent's (Mother) Motion to Dismiss Petition | 1. Denied 11/16/06<br><br>2. Dismissed as Moot 11/16/06 |
| In re K.H. & P.D.D.<br><br>Case below:<br>177 N.C. App. 110 | No. 204A06 | 1. Respondent's (Father) Motion to Dismiss Appeal (COA05-655)<br><br>2. Respondent's (Father) Motion for Extension of Time to File Brief on 7-19-06<br><br>3. Guardian ad Litem's PDR Under N.C.G.S. § 7A-31 | 1. Allowed, COA opinion vacated 08/17/06<br><br>2. Dismissed as moot 08/17/06<br><br>3. Denied 08/17/06 |
| In re T.S. & S.M<br><br>Case below:<br>178 N.C. App. 110 | No. 384A06 | 1. Respondent's (Mother) NOA Based Upon a Dissent (COA05-765)<br><br>2. Respondent's (Mother) PDR as to Additional Issue | 1. —<br><br>2. Denied 10/05/06 |
| In re W.R.<br><br>Case below:<br>179 N.C. App. —<br>(3 October 2006) | No. 560P06 | AG's Motion for Temporary Stay (COA05-1602) | Allowed 10/26/06 |
| In re Will of Yelverton<br><br>Case below:<br>178 N.C. App. 267 | No. 376P06-2 | Motion by Caveator, Mansel Yelverton, for Temporary Stay (COA05-771 & 772) | Denied 09/12/06 |